No. 78–855. COHEN v. ILLINOIS INSTITUTE OF TECHNOLOGY ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 78–5198. HOVILA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 78–5571. WILLIAMS v. RICKETTS, WARDEN. Sup. Ct. Ga. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would grant certiorari.

No. 77–1464. HUCH ET AL. v. UNITED STATES, *ante,* p. 1007;

No. 78–284. LICHTIG v. UNITED STATES, *ante,* p. 981;

No. 78–296. SALVUCCI v. REVERE RACING ASSN., INC., ET AL., *ante,* p. 1002;

No. 78–344. UNION PACIFIC RAILROAD CO. v. SHEEHAN, *ante,* p. 89;

No. 78–648. CITY OF SAN ANTONIO v. SAN PEDRO NORTH, LTD., ET AL., *ante,* p. 1004;

No. 78–5014. BLANKNER v. GOODWIN, COMMISSIONER, NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, *ante,* p. 867; and

No. 78–5180. JOHNSON v. ALEXANDER, SECRETARY OF THE ARMY, ET AL.; *ante,* p. 986. Petitions for rehearing denied.